JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANN MARSHALL DAGGETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; VISTA FORD OXNARD, LLC, a California Limited Liability Company, dba VISTA FORD LINCOLN OF OXNARD; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04970-AB-PVC<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 28, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.